## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Ramon E. Reyes Jr.    **DATE:** 2/27/13

DOCKET NUMBER: 12-1056M    LOG #: 11:49 – 11:52

DEFENDANT'S NAME: John Doe #2
   ✓ Present   __ Not Present   __ Custody   ✓ Bail

DEFENSE COUNSEL: Maurice Sercarz
   __ Federal Defender   __ CJA   ✓ Retained

A.U.S.A: **Amanda Hector**    DEPUTY CLERK: **Felix Chin**

INTERPRETER: _____ (Language) _____

____ Hearing held.    ____ Hearing adjourned to ____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type ____   Start 3/4/13   Stop 4/4/13

____ Order of Speedy Trial entered.   Code Type ____   Start ____   Stop ____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for ____ @ ____ before Judge ____

OTHERS: _____